GREGORY B. COHEN [SBN 225510]
  gcohen@messner.com
MESSNER REEVES LLP
160 W. Santa Clara Street, Suite 1000
San Jose, California 95113
Telephone:   (408) 298-7120
Facsimile:   (408) 298-0477

Attorneys for Defendants, FEDERAL EXPRESS
CORPORATION, F/K/A FEDEX GROUND
PACKAGE SYSTEM, INC., erroneously sued as
FEDEX GROUND PACKAGE SYSTEMS,
INC., and THE ESTATE OF MARK EDWARD
PETTIS, a deceased individual

MAKKABI LAW GROUP, APC
Neil J. Berry (SBN 189926)
9454 Wilshire Boulevard, Suite 900
Beverly Hills, California 90212
Telephone: (310) 887-8000
e-mail: L2@makkabilaw.com

Attorneys for Plaintiff
ARMANDO PEREZ SAUCEDO

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT, DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| ARMANDO PEREZ SAUCEDO, an individual<br><br>            Plaintiff,<br><br>v.<br><br>FEDEX CORPORATION, a corporation, FEDEX SUPPLY CHAIN, INC., a corporation,,  FEDEX GROUND PACKAGE SYSTEMS, INC., a corporation,, and THE ESTATE OF MARK EDWARD PETTIS, a deceased individual, and DOES 1 through 50, inclusive<br><br>            Defendants. | Case No. 2:25-cv-00027-AC<br><br>**JOINT STIPULATION AND ORDER TO AMEND COMPLAINT TO NAME VSD TRANSPORT, INC., AS DEFENDANT AND TO DISMISS FEDEX CORPORATION AND FEDEX SUPPLY CHAIN, INC.** |

COMES NOW, Plaintiff ARMANDO PEREZ SAUCEDO ("Plaintiff") and Specially

1

**JOINT STIPULATION TO AMEND COMPLAINT AND DISMISS DEFENDANTS**

Appearing Defendant FEDERAL EXPRESS CORPORATION f/k/a FEDEX GROUND PACKAGE SYSTEM, INC., and erroneously sued as FEDEX GROUND PACKAGE SYSTEMS, INC., by and through their counsel, the undersigned hereby stipulate to dismiss the improperly named FedEx entities and amend the operative Complaint for Damages ("FAC") as follows:

**RECITALS**

A.      The Complaint for Damages filed in this matter arises out of a traffic collision that occurred on or about March 14, 2023 in Janesville, California (the "Subject Accident") involving Plaintiff.

B.      Plaintiff filed his Complaint for Damages on October 18, 2024.

C.      In his Complaint for Damages, Plaintiff named FEDEX CORPORATION and FEDEX SUPPLY CHAIN, INC. as Defendants.  However, none of these named Defendants are proper or necessary parties to this litigation as they had no involvement in the Subject Accident.

D.      Defendant FEDERAL EXPRESS CORPORATION f/k/a FEDEX GROUND PACKAGE SYSTEM, INC., and erroneously sued as FEDEX GROUND PACKAGE SYSTEMS, INC., asserts that FedEx Ground Package System, Inc., is the proper Defendant entity.

E.      At the time of the subject incident, Mark Pettis was employed by  VSD Transport, Inc., a service provider to FedEx Ground Package System, Inc., through an independent service provider agreement.  At the time of the subject accident, Mr. Pettis was not an employee of the improperly named Defendants FEDEX CORPORTATION or FEDEX SUPPLY CHAIN, INC. Additionally, the tractor driven by Mr. Pettis at the time of the accident was owned by VSD Transport, Inc., and neither FEDEX CORPORATION or FEDEX SUPPLY CHAIN, INC., owned or operated the tractor.

F.      Mark Pettis succumbed to his injuries as a result of the Subject Accident and his estate has been named as a Defendant in this matter.

G.      On January 2, 2025, Defendant THE ESTATE OF MARK EDWARD PETTIS filed a Notice of Removal of the Action from the Lassen County Superior Court to the United States District Court, Eastern District of California, Sacramento Division.

H.      On February 27, 2026, counsel for the parties met and conferred and agreed that the

**JOINT STIPULATION TO AMEND COMPLAINT AND DISMISS DEFENDANTS**

Complaint would be amended to name VSD TRANSPORT, INC., as a Defendant.  The parties further agreed that Plaintiff will dismiss FEDEX CORPORATION and FEDEX SUPPLY CHAIN, INC., from this matter.

**THEREFORE, IT IS HEREBY STIPULATED** by and between the Parties, through their respective attorneys of record as follows:

1.    Defendants FEDEX CORPORTATION and FEDEX SUPPLY CHAIN, INC., will be dismissed, without prejudice, from this action.

2.    A mutual waiver of fees and costs.

3.    Plaintiff will amend his Complaint for Damages to name as a Defendant, FEDERAL EXPRESS CORPORATION f/k/a FEDEX GROUND PACKAGE SYSTEM, INC in place of FEDEX GROUND PACKAGE SYSTEMS, INC.

4.    Plaintiff will further amend his Complaint for Damages to name as a Defendant, VSD Transport, Inc.

**SO STIPULATED**

**JOINT STIPULATION TO AMEND COMPLAINT AND DISMISS DEFENDANTS**

Dated: March 6, 2026                    MESSNER REEVES LLP


                                        By:  /s/
                                            GREGORY B. COHEN
                                            MESSNER REEVES, LLP
                                            160 W. Santa Clara Street, Suite 1000
                                            San Jose, California 95113
                                            (408) 298-7120
                                            gcohen@messner.com
                                        Attorneys for Defendants, FEDERAL EXPRESS
                                        CORPORATION, F/K/A FEDEX GROUND
                                        PACKAGE SYSTEM, INC., erroneously sued
                                        as FEDEX GROUND PACKAGE SYSTEMS,
                                        INC., and THE ESTATE OF MARK EDWARD
                                        PETTIS, a deceased individual

Dated: March 6, 2026                        MAKABI LAW GROUP, APC



                                        By:  /s/
                                            NEIL J. BERRY
                                            MAKABI LAW GROUP, APC
                                            9454 Wilshire Boulevard, Suite 900
                                            Beverly Hills, California 90212
                                            (310) 887-8000
                                            nberry@makkabilaw.com
                                        Attorneys for Plaintiff, ARMANDO PEREZ
                                        SAUCEDO

**\* Pursuant to Local Rule 5-4.3.4(2), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.**

**SO ORDERED:**

DATED:  March 9, 2026

_____
Troy L. Nunley
Chief United States District Judge

4

**JOINT STIPULATION TO AMEND COMPLAINT AND DISMISS DEFENDANTS**